830

No. 77–1718. CITY OF PHILADELPHIA ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 77–1719. NOLAN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 77–1720. STEWART *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 77–1721. LYSEK ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 77–1725. COLECO INDUSTRIES, INC. *v.* BERMAN ET AL. C. A. 3d Cir. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 77–1728. SHIFFMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 77–1729. UNITED STATES *v.* KELLEY ET VIR. C. A. 2d Cir. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 77–1730. CLINTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 77–1731. DAVISTON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 77–1732. AGNEW *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 77–1734. WARDEN, WEST VIRGINIA PENITENTIARY *v.* JONES. Sup. Ct. App. W. Va. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 77–1738. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉